IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LONNIE CHARLES CARGILE,

    Plaintiff(s),

vs.

UNITED STATES COURTHOUSE,

    Defendant(s).

Case Number: 1:06cv745

District Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on December 11, 2006 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 29, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant's Motion to Dismiss (Doc. 3) is GRANTED and Plaintiff's Complaint is DISMISSED hereby TERMINATING this case from the Court's docket.

IT IS SO ORDERED.

                                                                           _____
                                                                           Susan J. Dlott
                                                                           United States District Judge